NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TENSION STEEL INDUSTRIES CO., LTD.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**MAVERICK TUBE CORPORATION,**
*Intervenor-Defendant-Appellant*

**UNITED STATES STEEL CORPORATION, BOOMERANG TUBE LLC, ENERGEX TUBE (A DIVISION OF JMC STEEL GROUP), TEJAS TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC STAR, L.P., WELDED TUBE USA INC.,**
*Intervenor-Defendants*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAVERICK TUBE CORPORATION,**
*Plaintiff-Appellant*

**BOOMERANG TUBE LLC, ENERGEX TUBE (A DIVISION OF JMC STEEL GROUP), TEJAS TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC STAR, L.P., WELDED TUBE USA INC., UNITED STATES STEEL CORPORATION,**
*Intervenor-Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant*

**TENSION STEEL INDUSTRIES CO., LTD.,**
*Intervenor-Defendant-Appellee*

- - - - - - - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UNITED STATES STEEL CORPORATION,**
*Plaintiff*

**MAVERICK TUBE CORPORATION,**
*Intervenor-Plaintiff-Appellant*

**BOOMERANG TUBE LLC, ENERGEX TUBE (A
DIVISION OF JMC STEEL GROUP), TEJAS
TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC
STAR, L.P., WELDED TUBE USA INC.,**
*Intervenor-Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant*

**TENSION STEEL INDUSTRIES CO., LTD.,**
*Intervenor-Defendant-Appellee*

_____

2017-2526

_____

Appeal from the United States Court of International
Trade in Nos. 1:14-cv-00245-LMG, 1:14-cv-00218-LMG,
1:14-cv-00261-LMG, Judge Leo M. Gordon.

_____

# JUDGMENT

---

ROBERT E. DeFrancesco, III, Wiley Rein, LLP, Washington, DC, argued for appellant. Also represented by Alan H. Price, Laura El-Sabaawi, Cynthia Cristina Galvez, Adam Milan Teslik.

Kelly Alice Slater, Appleton Luff Pte. Ltd., Washington, DC, argued for appellee.

---

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Lourie, Clevenger, and Stoll, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

Entered by Order of the Court

June 6, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court